JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA RUCKER,<br><br>  Plaintiff,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA; CBRE SERVICES, INC.; and CBRE GROUP INSURANCE PLAN,<br><br>  Defendant. | Case No. CV 19-08338-AB (FFMx)<br><br>ORDER DISMISSING CIVIL ACTION |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: April 24, 2020

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.