JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DIANA RUCKER,<br><br>              Plaintiff,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA; CBRE SERVICES, INC.; and CBRE GROUP INSURANCE PLAN,<br><br>              Defendants. | Case No. 2:19-cv-08338 AB (FFMx)<br><br>(~~**PROPOSED**~~) **ORDER DISMISSING ACTION WITH PREJUDICE** |

Having considered the parties' stipulation, and good cause appearing, IT IS HEREBY ORDERED that this action is **DISMISSED** as to all parties, in its entirety, with prejudice, and each party is to bear their own attorneys' fees and costs.


DATED: June 16, 2020                    _____

Hon. André Birotte Jr.
United States District Judge